UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYLETE, INC., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HYBRID ATHLETICS, LLC, a Connecticut limited liability company; and ROBERT ORLANDO, an individual,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-02494-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

On May 21, 2020, the Court granted the Motion to Dismiss filed by Defendants Hybrid Athletics, LLC and Robert Orlando (ECF No. 17). (ECF No. 26). The Court stated, in relevant part,

> IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendants Hybrid Athletics, LLC and Robert Orlando (ECF No. 17) is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice. Any motion for leave to file an amended pleading must be filed within 30 days of this Order.

*Id*. at 19. The docket reflects that a motion for leave to file an amended pleading has not been filed within this period. The Clerk of Court is directed to close this case.

Dated: July 2, 2020

　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court